STATE v. SAMPSON

No. 117P85.

Case below: 72 N.C. App. 461.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. SISTARE

No. 139P85.

Case below: 72 N.C. App. 536.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. STONE

No. 258P85.

Case below: 73 N.C. App. 691.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 May 1985.

STATE v. THOMPSON

No. 152P85.

Case below: 73 N.C. App. 60.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 June 1985.

STATE v. UPRIGHT

No. 76P85.

Case below: 72 N.C. App. 94.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985.